IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUDSON WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:09-cv-21-MEF |
| | ) |
| BILLY GENE DOSS, *et al.,* | ) (WO – Do Not Publish) |
| | ) |
| Defendants. | ) |

# RULE 54(b) PARTIAL FINAL JUDGMENT

Finding no just reason for delay, it is the ORDER, JUDGMENT, and DECREE of the Court that judgment is ENTERED in favor of Defendants City of Montgomery, Art Baylor, Terry Reid, Jerry McQueen, William E. Herman, and John Carnell (collectively, the "City Defendants) and against Plaintiff Judson Wilson on all of Plaintiff's claims against the City Defendants as asserted in the Amended Complaint (Doc. #46). Further, Plaintiff's claims against Defendants City of Montgomery, Art Baylor, Terry Reid, Jerry McQueen, William E. Herman, and John Carnell are hereby dismissed with prejudice and these Defendants are dismissed as parties to this action.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment as to Defendants City of Montgomery, Art Baylor, Terry Reid, Jerry McQueen, William E. Herman, and John Carnell pursuant to Rules 54(b) and 58 of the Federal Rules of Civil Procedure.

It is further ORDERED that costs are taxed against Plaintiff Judson Wilson for which execution may issue.

Plaintiff Judson Wilson's claims against Defendant Billy Gene Doss remain pending.

DONE this the 27th day of November, 2012.

                                          /s/ Mark E. Fuller
                                  UNITED STATES DISTRICT JUDGE